JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
EDWARD G. VERONDA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Edward.G.Veronda@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CRIMINAL INDICTMENT** |
| Plaintiff, | Case No.: 2:22-cr-0161-RFB-VCF |
| vs. | **VIOLATIONS:** |
| CHRISTOPHER STEPHEN HOUSLEY, aka Robert White, and | 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C)—Conspiracy to Distribute a Controlled Substance—Anabolic steroids |
| STEVEN J. MOYER, | 18 U.S.C. §843(a)(6)–Possession of a Tableting Machine |
| Defendants. | |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
Conspiracy to Distribute a Controlled Substance
(21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C))

From a time unknown but no earlier than July 2020, and continuing up to and including on or about the date May 3, 2022, in the State and Federal District of Nevada,

**CHRISTOPHER STEPHEN HOUSLEY, aka Robert White, and
STEVEN J. MOYER,**

defendants herein, and others known and unknown to the grand jury, knowingly combined, conspired, confederated, and agreed with each other to distribute a mixture and substance containing a detectable amount of anabolic steroids, a Schedule III controlled substance, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

## COUNT TWO
Possession Of Tableting Machine
(18 U.S.C. § 843(a)(6))

On or about May 3, 2022, in the State and Federal District of Nevada,

**STEVEN J. MOYER,**

defendant herein, did knowingly and intentionally possess a tableting machine, encapsulating machine, or gelatin capsule, and any equipment, chemical, product, and material which may be used to manufacture a controlled substance or listed chemical, knowing, intending, or having reasonable cause to believe that it would be used to manufacture a controlled substance, or listed chemical: to wit: defendant possessed two tableting machines and pre-cursor chemical powder for the manufacturing anabolic

steroids, a Schedule III controlled substance, in violation of Title 21, United States Code, Sections 843(a)(6).

DATED: this 20th day of July, 2022

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

*[signature: Edward G. Veronda]*
EDWARD G. VERONDA
Assistant United States Attorney