JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ROBERT KNIEF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Robert.Knief@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>CHRISTOPHER STEPHEN HOUSLEY,<br>     aka Robert White<br><br>           Defendant. | Case No.  2:22-cr-0161-RFB-VCF<br><br>STIPULATION TO RESET DEADLINE<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Jess Marchese, counsel for defendant Christopher Stephen Housley, that the deadline for the filing of the government's response to the defendant's Motion to Join and Sever (ECF No. 21), be reset from October 23, 2022 to October 30, 2022.

This stipulation is entered into for the following reasons:

1. Due to other motions practice, case preparation, and health issues, government counsel has not had the opportunity to adequately research and respond to the issues raised in the defense motion.

2. Defendant is not in custody and does not object to the continuance.

1

3. For the reasons stated above, the ends of justice would best be served by a continuance of the government deadline.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request for a continuance filed herein.

DATED this 20 day of October 2022.

                                                  Respectfully submitted.

                                                  JASON M. FRIERSON
                                                  United States Attorney

*/s/ Jess Marchese*                               */s/ Robert Knief*
JESS MARCHESE                                  ROBERT KNIEF
Counsel for Defendant                        Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER STEPHEN HOUSLEY,<br>　aka Robert White<br><br>　　　　Defendant. | Case No.  2:22-cr-00161-RFB-VCF<br><br>ORDER<br>(First Request) |

(case number shows "0160-APG-BNW" struck through, replaced with "161 RFB - VCF")

## FINDINGS OF FACT

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Due to other motions practice, case preparation, and health issues, government counsel has not had the opportunity to adequately research and respond to the issues raised in the defense motion.

2. Defendant is not in custody and does not object to the continuance.

3. For the reasons stated above, the ends of justice would best be served by a continuance of the government deadline.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

. . .

. . .

. . .

. . .

. . .

1

**ORDER**

It is therefore ORDERED that the Government's reply regarding defendant's Motion for Consolidation , Severance and Request to Transfer ~~Suppress~~ (ECF No. 21), is due on the 30th day of October 2022.

DATED this 21st day of October, 2022.

_____
HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

2