DANIEL HILL, ESQ.
HILL FIRM PLLC
Nevada Bar No. 12773
228 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101
(702) 848-5000
dan@hillfirmlawyers.com
*Attorney for Defendant Moyer*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHRISTOPHER HOUSLEY<br>STEVEN MOYER,<br><br>　　　　Defendants. | 2:22-cr-00161-RFB-VCF<br><br>**STIPULATION TO CONTINUE TRIAL DATES**<br><br>**(Third Request)**<br><br>Trial Date: March 27, 2023 |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Jason Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, Jess Marchese, counsel for Defendant Christopher Housley and Daniel Hill, counsel for Defendant Steven Moyer, that the calendar call currently scheduled for March 21, 2023 at 1:30 p.m., and the trial currently scheduled for March 27, 2023 at 9:00 a.m., be vacated and set to a date and time convenient to this Court but no sooner than 90 days after the current dates.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　Both defendants are out of custody, are aware of this request, and are in agreement with stipulating the trial out.

　　　　2.　　Both defense counsel continue to review discovery and prepare for trial.

　　　　3.　　The additional time requested herein is not sought for purposes of delay, but merely to allow defense counsel sufficient time to effectively prepare and proffer expert trial testimony.

1  Additionally, denial of this request for continuance could result in a miscarriage of justice.

2  The additional time requested by this Stipulation is excludable in computing the time within

3  which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), considering

4  the factors listed in 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

5  DATED this 6th day of March 2023.

By: */s/ Robert Knief*
ROBERT KNIEF
*Counsel for the Government*

By: */s/ Jess Marchese*
JESS MARCHESE
*Counsel for Christopher Housley*

By: */s/ Daniel Hill*
DANIEL HILL
*Counsel for Steven Moyer*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER HOUSLEY<br>STEVEN MOYER,<br><br>Defendants. | 2:22-cr-00161-RFB-VCF<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing, the Court finds that:

1. Both defendants are out of custody, are aware of this request, and are in agreement with stipulating the trial out.

2. Both defense counsel continue to review discovery and prepare for trial.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow defense counsel sufficient time to effectively prepare and proffer expert trial testimony.

Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), considering the factors listed in 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial, since the failure to grant the continuance would likely result in a miscarriage of justice, would deny the parties sufficient time and the opportunity to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The additional time requested by this Stipulation is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), considering the factors listed in 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS HEREBY ORDERED that the calendar call currently scheduled for March 21, 2023 at the hour of 1:30 p.m., be vacated and continued to __July 5, 2023 at 1:30 PM__; and the trial currently scheduled for March 27, 2023, at the hour of 9:00 a.m., be vacated and continued to __July 10, 2023 at 9:00 AM__.

DATED this __6th__ day of March 2023.

_____
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

-4-