JASON FRIERSON
United States Attorney
Nevada Bar Number 7709
ROBERT KNIEF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Fax: 702.388-6418
Robedrt.Knief@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-0161-RFB-VCF |
| Plaintiff, | **Motion to Dismiss the Indictment Without Prejudice** |
| v. | |
| CHRISTOPHER STEPHEN HOUSLEY, | |
| Defendant. | |

    Pursuant to Federal Rule of Criminal Procedure 48(a), and following defendant's plea of guilty in case 2:22-cr-0160-APG-BNW, and in the interests of justice, the United States hereby moves for leave of Court to dismiss without prejudice the Indictment in the above captioned case as to the above named defendant only.

    Respectfully submitted this 19th day of October 2023.

JASON FRIERSON
United States Attorney

*/s/     Robert Knief*
ROBERT KNIEF
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER STEPHEN HOUSLEY,<br><br>　　　　Defendant. | Case No. 2:22-cr-0161-RFB-VCF<br><br>**Motion to Dismiss the Indictment Without Prejudice** |

　　Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment in the above captioned case as to the above-named defendant only.

　　　　　　　　　　　　　　　　　　JASON FRIERSON
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*/s/　　Robert Knief*
　　　　　　　　　　　　　　　　　　ROBERT KNIEF
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　Leave of Court is granted for the filing of the above dismissal.

　　DATED this 8th day of November, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE RICHARD F. BOULWARE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2